FILED & ENTERED

SEP 20 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY hawkinso DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>Michael Andrew Castro<br><br><br><br><br><br>Debtor(s). | Case No.: 6:11-bk-42641-SC<br><br>CHAPTER 7<br><br>**ORDER DENYING DEBTOR'S SECOND MOTION FOR SANCTIONS [F.R.B.P. 9011] AND VACATING HEARING**<br><br>Date:        October 2, 2018<br>Time:        11:00 AM<br>Courtroom:  126 |

    The Court has received the Debtor's Motion For Sanctions against John E. Douglass [F.R.B.P. 9011] filed on August 7, 2018 [Dk. 80], the declaration in support filed August 7, 2018 [Dk. 81], the accompanying memorandum of points and authorities filed August 7, 2018 [Dk. 82] (collectively, the "Motion") and the Opposition filed September 18, 2018 [Dk. 85].  The Court notes that the Motion is identical or substantially similar to the Motion previously filed on June 22, 2018 [Dk. 73] and denied by an order entered July 10, 2018 [Dk. 78]. The Court, having reviewed the Motion, and all pleadings on the docket, has determined that this matter is appropriate for disposition without a hearing. For the reasons set forth below, the Motion is DENIED and the October 2, 2018 hearing is VACATED.

    Debtor, again, requests that the Court sanction Mr. Douglass $26,198.65 pursuant to Federal Rule of Bankruptcy Procedure Rule 9011 ("Rule 9011"). As with the prior motion, Debtor again did not comply with the "safe-harbor" provision of Rule 9011. The "safe-harbor"

provision is a mandatory procedural prerequisite to an award under Rule 9011. *See Muresan v. Cole (In re Muresan)*, 2006 Bankr. LEXIS 4819 (9th Cir. BAP 2006).

Further, Debtor did not comply with LBR 9013-1(l) regarding motions previously heard and denied. LBR 9013-1(l) provides that:

> Whenever any motion for an order or other relief has been made to the court and has been denied in whole or in part, or has been granted conditionally or on terms, and a subsequent motion is made for the same relief in whole or in part upon the sale or any allegedly different state of facts, it is the continuing duty of each party and attorney seeking such relief to present to the judge to whom any subsequent motion is made, a declaration of a party or witness or certified statement of an attorney setting forth the material facts and circumstances surrounding each prior motion including:
>
> (1) The date of the prior motion;
> (2) The identity of the judge to whom the prior motion was made;
> (3) The ruling, decision or order on the prior motion;
> (4) The new or different facts and circumstances claim to have exist, which either did not exist or were not shown upon the prior motion; and
> (5) The new or different law or legal precedent claim to exist, which either did not exist or were not shown upon the prior motions.
>
> The failure to comply with the foregoing requirements is grounds for the court to set aside any order or ruling made on the subsequent motion and subjects the offending party or attorney to sanctions.

Central District Local Bankruptcy Rule 9013-1(l). This Motion is identical or substantially identical to the motion filed on June 22, 2018 [Dk. 73] and denied by an order entered July 10, 2018 [Dk. 78]. Movant has not complied with LBR 9013-1(l).

Accordingly, for the foregoing reasons, the Motion is DENIED.

IT IS SO ORDERED.

Date: September 20, 2018

Scott C. Clarkson
United States Bankruptcy Judge

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (specify) ORDER DENYING DEBTOR'S MOTION FOR SANCTIONS [F.R.B.P. 9011] AND VACATING HEARING was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

I. SERVED BY THE COURT VIA U.S. MAIL: A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Michael Andrew Castro
c/o 215 North Marengo Avenue
3rd Floor, Pasadena, CA 91101